IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN OGDEN,

Petitioner,

v. CV No. 23-245 KG/JHR

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO, RONALD
MARTINEZ, AND SOUTHERN NEW
MEXICO CORRECTIONAL FACILITY,

Respondents.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed October 28, 2026. (Doc. 18). In the PFRD, Judge Ritter recommended that the Court deny Petitioner's Amended Petition (Doc. 7) and dismiss this action.

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was November 12, 2026. *Id.* at 15. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Ritter is therefore adopted by this Court.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18) are ADOPTED;

2. Petitioner's Amended Petition (Doc. 7) is DENIED; and

3. The Court will enter Judgment in favor of Respondents.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.