IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN OGDEN,

Petitioner,

v. CV No. 23-245 KG/JHR

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO, RONALD
MARTINEZ, AND SOUTHERN NEW
MEXICO CORRECTIONAL FACILITY,

Respondents.

FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order Adopting Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned civil action is DISMISSED without prejudice.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.